United States District Court

Eastern District of California

Arbie M. Hodge,

    Petitioner,

vs.

Thomas L. Carey, et al.,

    Respondents.

No. Civ. S 02-2157 DFL GGH P

Order

-oOo-

Good cause appearing, the April 12, 2005, order reassigning this case to Magistrate Judge Hollows is vacated and the Clerk of Court shall change the case number back to "02-2157 DFL PAN P" and adjust the assignment of civil cases accordingly as may be required.

So ordered.

Dated: April 14, 2005

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge